for the plaintiff in error. *Mr. T. J. Mahoney* for the defendant in error.

———

No. 156. N. T. COOK, PLAINTIFF IN ERROR, *v.* STATE OF TENNESSEE. In error to the Supreme Court of the State of Tennessee. Motion to dismiss. Submitted January 5, 1903. Decided January 12, 1903. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Haseltine* v. *Savings Bank of Springfield, Mo.,* 183 U. S. 130; *Bogy* v. *Daugherty,* 184 U. S. 696. *Mr. E. W. Ross* for the plaintiff in error. *Mr. Charles T. Cates, Jr.,* for the defendant in error.

———

No. 162. ANNIE WRIGHT SEMINARY, PLAINTIFF IN ERROR, *v.* CITY OF TACOMA. In error to the Supreme Court of the State of Washington. Submitted December 22, 1902. Decided January 12, 1903. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Gillis* v. *Stinchfield,* 159 U. S. 658; *Pittsburgh Company* v. *Cleveland Company,* 178 U. S. 279; *Speed* v. *McCarthy,* 181 U. S. 269, 275. See case below, 23 Washington, 109. *Mr. John F. Shafroth* for the plaintiff in error. *Mr. David A. Gourick* for the defendant in error.

———

## *Decisions on Petitions for Writs of Certiorari.*

From October 13, 1902, to January 18, 1903.

No. 342. ALLEGHENY OIL COMPANY ET AL., PETITIONERS, *v.* HIRAM A. SNYDER ET AL. October 20, 1902. Petition for a writ of certiorari to United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. S. Schoyer, Jr.,* for the petitioners. *Mr. Edward McSweeney* and *Mr. D. A. Hollingsworth* for the respondents.